MJS

FILED

2008 AUG -1 AM 10:29

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ______ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**1. Saul Omar ARELLANO-Molina**<br>**2. Jose Christian HERNANDEZ-Lopez,**<br><br>Defendant(s) | Magistrate Case No. '08 MJ 2369<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8 U.S.C., Sec. 1324 (a)(2)(B)(iii)<br>Bringing in Illegal Aliens Without Presentation |

The undersigned complainant, being duly sworn, states:

On or about **July 30, 2008**, within the Southern District of California, defendant **Saul Omar ARELLANO-Molina and Jose Christian HERNANDEZ-Lopez** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Ramiro PRIETO-Plascencia, Gamaliel VARGAS-Valladares, Eliseo SOLORIO-Vargas,** had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Dwain R. Holmes Jr.
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 1st DAY OF **AUGUST 2008.**

Jan M. Adler
UNITED STATES MAGISTRATE JUDGE

July 30, 2008

MJS

**CONTINUATION OF COMPLAINT:**
**1. Saul Omar ARELLANO-Molina**
**2. Jose Christian HERNANDEZ-Lopez**

## PROBABLE CAUSE STATEMENT

Furthermore, the complainant states that **Ramiro PRIETO-Plascencia, Gamaliel VARGAS-Valladares, and Eliseo SOLORIO-Vargas** are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On July 30, 2008, at approximately 9:20 PM, Border Patrol Agent P. Meyer was conducting line watch operations in an area known as "Washer Woman's". "Washer Woman's" is approximately two miles east of the San Ysidro, California, Port of Entry and 100 yards north of the United States / Mexico International Boundary. Border Patrol Agent Meyer was notified via service radio that a seismic intrusion device had been activated in the area of "Washer Woman's". Border Patrol Agent Meyer responded to the scene and after a brief search discovered nineteen individuals hiding in the brush. Due to the time of day, and the fact that this area is commonly used by undocumented immigrants to further their illegal entry into the United States, Agent Meyer identified himself as a Border Patrol Agent and conducted an immigration inspection. Each of the subjects, including two individuals later identified as defendant **Jose HERNANDEZ-Lopez** and defendant **Saul ARELLANO-Molina**, admitted to being citizens and nationals of Mexico not in possession of any immigration documents that would allow them to legally enter or remain in the United States. All nineteen subjects were arrested and transported to the Imperial Beach Border Patrol Station for processing.

**<u>DEFENDANT STATEMENT (Saul ARELLANO-Molina):</u>**

ARELLANO was read his Miranda rights and stated that he understood his rights and was willing to answer the questions without a lawyer present. ARELLANO once again admitted to being a citizen and national of Mexico present in the United States without legal documentation to enter or remain in the United States legally. ARELLANO stated that along with a second foot guide illegally crossed the United States / Mexico International Boundary illegally guiding a group of seventeen undocumented aliens into the United States. ARELLANO stated that he was going to be paid $150 for each person he successfully smuggled into the United States. ARELLANO stated that their plan was to guide them to the highway where a load vehicle would pick them up and continue north towards San Diego, California. ARELLANO stated that he is working for a man he only knows as "El Gordo" who he describes as a fat bald Hispanic male living in Mexico. ARELLANO stated that while he was guiding the group, he was in the front of the group while the other foot guide guided from the rear of the group.

ARELLANO was presented with a photo lineup consisting of six different photos. ARELLANO identified photo number # 1, **Jose HERNANDEZ-Lopez**, as the other foot guide who was apprehended with him and who was helping him guide nineteen aliens across the Mexico / United States international boundary.

**<u>DEFENDANT STATEMENT (Jose HERNANDEZ-Lopez):</u>**

HERNANDEZ was read his Miranda rights, and he stated he understood his rights and was willing to answer the questions without a lawyer present. HERNANDEZ once again admitted to being a citizen and national of Mexico present in the United States without legal documentation to enter or remain in the United States legally. HERNANDEZ stated that he illegally crossed the United States / Mexico International Boundary and denied illegally guiding a group of seventeen undocumented aliens into the United States. HERNANDEZ stated that he was simply crossing and heading towards San Ysidro, California to be with his wife. HERNANDEZ stated that he knew this area and knew how to get home to his wife from the United States / Mexico international boundary.

MJS

**CONTINUATION OF COMPLAINT:**
**1. Saul Omar ARELLANO-Molina**
**2. Jose Christian HERNANDEZ-Lopez**

**MATERIAL WITNESSES STATEMENTS:**

Material witnesses **Ramiro PRIETO-Plascencia, Gamaliel VARGAS-Valladares, and Eliseo SOLORIO-Vargas** each stated that they are citizens and nationals of Mexico illegally present in the United States. They admit to entering the United States illegally and that they were to pay between $2,000.00 and $3,000.00 (USD) to be smuggled into the United States. All three stated that they were guided into the United States by two foot-guides. Material Witnesses PRIETO and SOLORIO stated that one foot-guide was in the front of the group and the other was in the back of the group. All three positively identified defendant **Saul Omar ARELLANO-Molina** and defendant **Jose Christian HERNANDEZ-Lopez** as the foot guides from a photographic lineup.